# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

## NO. 03-18-00385-CV

**Joe Y. Rogers, III, Appellant**

**v.**

**Sandra Rogers Miller, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on June 4, 2018. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.